JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY RIOS, an individual,<br><br>        Plaintiff,<br><br>     v.<br><br>OWENS CORNING, a Delaware corporation; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No. 2:18-cv-05892-ODW-SKx<br><br>**ORDER OF DISMISSAL OF ENTIRE CASE WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br>Complaint Filed: June 1, 2018<br>Removal Date: July 5, 2018<br>Trial Date: None<br>District Judge: Hon. Otis D. Wright, II<br>Courtroom: 5D, 5th Fl. (1st Street)<br>Mag. Judge: Hon. Steven Kim<br>Courtroom: 23, 3rd Fl. (Spring) |

[PROPOSED] ORDER OF DISMISSAL OF ENTIRE CASE WITH PREJUDICE
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

Proposed Order of
Dismissal Entire

1

2      The Court, having considered the Joint Stipulation for Dismissal pursuant to

3  Federal Rule of Civil Procedure 41(a)(1)(A)(ii) jointly filed by the parties, finds that

4  this action shall be dismissed with prejudice.  Each party is to bear his or its own fees

5  and costs.

6      **IT IS SO ORDERED.**

7  Dated  October 11, 2018

8                                                                              _____
                                                           Honorable Otis D. Wright, II, District Judge
9                                                          UNITED STATES DISTRICT COURT

10

11

12

13                                                                                                    35728918.1

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER OF DISMISSAL OF ENTIRE CASE WITH PREJUDICE
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

Proposed Order of
Dismissal Entire